UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM THOMAS NEAL, | Civil No. 05-1351 ADM/AJB |
| Plaintiff, | |
| v. | O R D E R |
| DAVID HIGGINS, and<br>WILLIAM DEANE, | |
| Defendant. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 15, 2005, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 7, 2005.

                                                  s/Ann D. Montgomery
                                                  Judge Ann D. Montgomery
                                                  U. S. District Court